# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHONTAE JENNINGS,

    Plaintiff,

v.                                                          Case No. 13-10392

WAYNE COUNTY, a municipal corporation, d/b/a
WAYNE COUNTY SHERIFF'S OFFICE,
SGT. MARK OSANTOWSKI,
CAPT. CHRISTOPHER GEORGE, and
DEPUTY CHIEF DENNIS RICHARDSON,

    Defendants.
                                                              /

## ORDER OF DISMISSAL

Upon notification from the parties that this case has reached an amicable resolution and all documents have been finalized (Dkt. # 34),

IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated:  February 12, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 12, 2016, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\13-10392.JENNINGS.Settlement.Dismissal.chd.wpd